UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-02226-TLN-KJN |
| | No. 2:23-cv-02227-TLN-KJN |
| | No. 2:23-cv-02228-TLN-KJN |
| | No. 2:23-cv-02229-TLN-KJN |
| | No. 2:23-cv-02230-TLN-KJN |
| | No. 2:23-cv-02231-TLN-KJN |
| | No. 2:23-cv-02232-TLN-KJN |
| | No. 2:23-cv-02233-TLN-KJN |
| | No. 2:23-cv-02234-TLN-KJN |
| | No. 2:23-cv-02235-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new case pleading and assign it to Magistrate Judge Kendall J. Newman for review. (*Id.* at ECF No. 26). If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed. (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.[1]

Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02226, 2:23-cv-02227, 2:23-cv-02228, 2:23-cv-02229, 2:23-cv-02230, 2:23-cv-02231, 2:23-cv-02232, 2:23-cv-02233, 2:23-cv-02234 and 2:23-cv-02235 are hereby DISMISSED. The Clerk of the Court is directed to close these cases. No further filings will be accepted.

IT IS SO ORDERED.

DATED: November 16, 2023

	_____
	Troy L. Nunley
	United States District Judge

---

[1] The caption of the complaint/petition filed in Case No. 2:23-cv-2226 erroneously identifies the Tehama County Superior Court. The complaint/petition filed in Case No. 2:23-cv-2231 erroneously identifies the Yolo County Superior Court. The complaints/petitions in these two cases are related to Plaintiff's Alameda County criminal conviction. Accordingly, to the extent plaintiff intended to raise the claims in these complaints/petitions in this Court, these cases are dismissed pursuant to the Court's amended vexatious litigant Order.

2